UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THERESA C. BREIDELL,
minor child N.F.B.,

    Plaintiff,

v.                        Case No. 8:12-cv-1762-T-33MAP

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

Before the Court is the March 14, 2013, Report and Recommendation of United States Magistrate Judge Mark A. Pizzo (Doc. # 14), in which Judge Pizzo recommends that Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. # 13) be granted. Pro se Plaintiff, Theresa C. Breidell, filed a timely Objection to the Report and Recommendation on March 27, 2013. (Doc. # 15). After careful consideration, the Court adopts the Report and Recommendation of the Magistrate Judge and overrules the filed Objection.

**Discussion**

A district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. §

636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the entire record, including the Report and Recommendation and the Objection, the Court overrules the Objection, adopts the Report and Recommendation, and grants Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment. The Court agrees with Judge Pizzo's detailed and well-reasoned findings of fact and conclusions of law: Breidell's Complaint is untimely. The Report and Recommendation thoughtfully addresses the issues presented by the Motion to Dismiss, or in the Alternative, Motion for Summary

Judgment, and the Objection does not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Mark A. Pizzo, United States Magistrate Judge (Doc. # 14) is **ACCEPTED AND ADOPTED.**

(2) Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. # 13) is **GRANTED.**

(3) The Clerk is **DIRECTED** to enter judgment in favor of Defendant Carolyn W. Colvin, in her capacity as Commissioner of Social Security, and to **CLOSE this case.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 18th day of April, 2013.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Parties and Counsel of Record